\*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VASILI PLATUNOV, an individual and EST.-ALFA K-9 SECURITY SERVICE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada, BOARD OF NYE COUNTY COMMISSIONERS, ANGELA BELLO, NYE COUNTY DISTRICT ATTORNEY<br><br>Defendants.<br>_____/ | Case No.: 2:18-cv-00917<br><br>**STIPULATION TO DISMISS DEFENDANT BOARD OF NYE COUNTY COMMISSIONERS AND [PROPOSED] ORDER OF DISMISSAL** |

COMES NOW, the parties, by and through their undersigned Attorneys of Record, and hereby stipulate to dismiss BOARD OF NYE COUNTY COMMISSIONERS as Defendants in this action, with prejudice, with all parties to bear their own costs and fees.

///

///

///

///

1

DATED this 31st day of August, 2018.

        GIBSON LAW GROUP, PLLC..

        /s Thomas J. Gibson
        THOMAS J.GIBSON, ESQ. (#03995)
        2340 East Calvada Blvd.,#5
        Pahrump, Nevada 89408
        Telephone (775) 209-1035
        *Attorneys for Plaintiffs*

DATED this 31st of August, 2018.

        ERICKSON, THORPE & SWAINSTON, LTD.

        /s/ Brent Ryman
        BRENT L. RYMAN, ESQ. (#008648)
        ERICKSON, THORPE & SWAINSTON, LTD.
        99 West Arroyo Street
        P.O. Box 3559
        Reno, Nevada 89505
        Telephone: (775) 786-3930
        *Attorneys for the Nye County Defendants*

///

///

## **ORDER**

IT IS HEREBY ORDERED that the Defendants BOARD OF NYE COUNTY COMMISSIONERS shall be dismissed as Defendants from this suit.

DATED this __4__ day of September, 2018

        _____
        Gloria M. Navarro, Chief Judge
        UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CMECF

addressed to the following:

THOMAS J. GIBSON, ESQ.
2340 East Calvada Blvd., #5
Pahrump, Nevada 89408
Telephone (775) 209-1035
*Attorneys for Plaintiffs*

DATED this 31st day of August, 2018.

                                          /s/ Brent Ryman
                                          Brent Ryman

ERICKSON, THORPE & SWAINSTON, LTD.