*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VASILI PLATUNOV, an individual and EST.-ALFA K-9 SECURITY SERVICE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada, BOARD OF NYE COUNTY COMMISSIONERS, ANGELA BELLO, NYE COUNTY DISTRICT ATTORNEY<br><br>Defendants.<br>_____/ | Case No.: 2:18-cv-00917-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE APPEAR IN RESPONSE TO PLAINTIFFS' COMPLAINT**<br>*(First Request)* |

COMES NOW, the parties, by and through their undersigned Attorneys of Record, and hereby stipulate to an extension up to and including September 19, 2018, for Defendants to answer or otherwise appear in relation to Plaintiff's Complaint. Plaintiff's Complaint was filed May 18, 2018.

///

///

///

1

The signing parties certify this stipulation has been reached in good faith, for the purpose of allowing retained defense counsel to investigate this matter and prepare an appropriate response to Plaintiff's Complaint, and is not meant for the purposes of undue delay.

DATED this 31st day of August, 2018.

                                          GIBSON LAW GROUP, PLLC..

                                          _____/s Thomas J. Gibson_____
                                          THOMAS J. GIBSON, ESQ. (#03995)
                                          2340 East Calvada Blvd.,#5
                                          Pahrump, Nevada 89408
                                          Telephone (775) 209-1035
                                          *Attorneys for Plaintiffs*

DATED this 31st day of August, 2018.

                                          ERICKSON, THORPE & SWAINSTON, LTD.

                                          _____/s/ Brent Ryman_____
                                          BRENT L. RYMAN, ESQ. (#008648)
                                          ERICKSON, THORPE & SWAINSTON, LTD.
                                          99 West Arroyo Street
                                          P.O. Box 3559
                                          Reno, Nevada 89505
                                          Telephone: (775) 786-3930
                                          *Attorneys for the Nye County Defendants*

///

**ORDER**

IT IS HEREBY ORDERED that the Defendants Nye County shall have an extension of time until September 19, 2018, within which to answer or otherwise appear in response to Plaintiffs' Complaint.

DATED this __4__ day of September, 2018

                                          _____
                                          Gloria M. Navarro, Chief Judge
                                          UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CMECF

addressed to the following:

THOMAS J. GIBSON, ESQ.
2340 East Calvada Blvd., #5
Pahrump, Nevada 89408
Telephone (775) 209-1035
*Attorneys for Plaintiffs*

DATED this 31st day of August, 2018.

/s/ Brent Ryman
Brent Ryman

ERICKSON, THORPE & SWAINSTON, LTD.