THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
GIBSON LAW GROUP, PLLC
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile: 775-624-9778
tgibson@gibsonlawgroup.net
*Attorney for Defendants,*
*Vasili Platunov and EST-ALFA*

The undersigned does hereby affirm that this document does not contain the social security number of any person.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VASILI PLATUNOV, an individual and EST.-ALFA K-9 SECURITY SERVICE LLC, Plaintiffs, vs. NYE COUNTY, a political subdivision of the State of Nevada, BOARD OF NYE COUNTY COMMISSIONERS, ANGELA BELLO, NYE COUNTY DISTRICT ATTORNEY. Defendants, | Case No: 2:18-cv-917 **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION FOR YOUNGER ABSTENTION** (First Request) |

Plaintiffs, VASILI PLATUNOV and EST-ALFA K-9 SECURITY SERVICE LLC, by and through their counsel, Thomas J. Gibson, Esq., of Gibson Law Group, PLLC and Defendants, NYE COUNTY, BOARD OF NYE COUNTY COMMISSIONERS, and ANGELA BELLO by and through their counsel, Brent L. Ryman, Esq., of the law firm of Erickson, Thorpe & Swainston, LTD hereby respectfully submit this Stipulation Request and Order Extending Time to Respond to Defendants Motion for Younger Abstention. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension by Plaintiffs.

1

GIBSON LAW GROUP, PLLC.
2340 E. Calvada Blvd., Suite 5
Pahrump, NV 89048
(775)209-1035

The instant extension is requested as Plaintiffs' Counsel requires additional time to prepare a responsive pleading to the Defendant's Motion.

Upon agreement by and between the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including November 9, 2018, for the Plaintiffs to respond to Defendant's Motion for Younger Abstention. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Defendant's Motion.

DATED this 2nd day of November 2018.

| GIBSON LAW GROUP, PLLC | ERICKSON, THORPE & SWAINSTON, LTD |
|---|---|
| By: /s/ Thomas J. Gibson<br>Thomas J. Gibson, Esq.<br>Nevada Bar No. 3995<br>2340 E. Calvada Blvd., #5<br>Pahrump, NV 89048<br>**Attorneys for Plaintiffs** | By: /s/ Brent L. Ryman<br>Brent L. Ryman, Esq.<br>Nevada Bar No. 8648<br>P.O. Box 3559<br>Reno, NV 89505<br>**Attorneys for Defendants** |

## ORDER

IT IS SO ORDERED.

**DATED** this __6__ of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT