THOMAS J. GIBSON, ESQ.
Nevada Bar No. 3995
GIBSON LAW GROUP, PLLC
2340 East Calvada Blvd., # 5
Pahrump, Nevada 89048
Telephone: 775-209-1035
Facsimile: 775-624-9778
tgibson@gibsonlawgroup.net
*Attorney for Defendants,*
*Vasili Platunov and EST-ALFA*

The undersigned does hereby affirm that this document does not contain the social security number of any person.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VASILI PLATUNOV, an individual and EST.-ALFA K-9 SECURITY SERVICE LLC, Plaintiffs, vs. NYE COUNTY, a political subdivision of the State of Nevada, BOARD OF NYE COUNTY COMMISSIONERS, ANGELA BELLO, NYE COUNTY DISTRICT ATTORNEY. Defendants, | Case No: 2:18-cv-917 **STIPULATION AND ORDER TO CONTINUE MOTION HEARING SCHEDULED FOR MARCH 4, 2019** |

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiffs, VASILI PLATUNOV and EST-ALFA K-9 SECURITY SERVICE LLC, by and through their counsel, Thomas J. Gibson, Esq., of Gibson Law Group, PLLC and Defendants, NYE COUNTY, BOARD OF NYE COUNTY COMMISSIONERS, and ANGELA BELLO by and through their counsel, Brent L. Ryman, Esq., of the law firm of Erickson, Thorpe & Swainston, LTD hereby respectfully submit this Stipulation and Order to Continue Motion Hearing due to counsel for the Plaintiff's has a scheduling conflict.

Plaintiffs' Counsel must be in Pahrump District Court on case number(s) CR9394,

1

CR9395, CR9396, CR8681A and then Beatty Justice Court case number(s) 18CR00083, 18CR00084, 18CR00085 and18CR00086 all have been scheduled prior to the present Motion.

Plaintiff's counsel, Thomas J. Gibson, Esq., and Defendant's counsel, Brent L. Ryman, Esq. have available dates as follows, March 5th, 6th and 8th.

DATED this 25 day of February 2019      DATED this 25 day of February 2019

GIBSON LAW GROUP, PLLC      ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Thomas J. Gibson
     Thomas J. Gibson, Esq.
     Nevada Bar No. 3995
     2340 E. Calvada Blvd., #5
     Pahrump, NV 89048
     **Attorneys for Plaintiffs**

By: /s/ Brent L. Ryman
     Brent L. Ryman, Esq.
     Nevada Bar No. 8648
     P.O. Box 3559
     Reno, NV 89505
     **Attorneys for Defendants**

## ORDER

This matter having come before the Court upon the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for the 4th day of March 2019, be continued to the 12th day of March 2019 at 2:00 p.m., or as soon thereafter as counsel may be heard.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: February 28, 2019