\*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VASILI PLATUNOV, an individual and EST.-ALFA K-9 SECURITY SERVICE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada, BOARD OF NYE COUNTY COMMISSIONERS, ANGELA BELLO, NYE COUNTY DISTRICT ATTORNEY<br><br>Defendants.<br>_____ / | Case No.: 2:18-cv-00917-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING SCHEDULED FOR MARCH 12, 2019** |

COMES NOW, the parties, by and through their undersigned Attorneys of Record, and hereby respectfully submit this Stipulation and Order to Continue Motion Hearing currently set for March 12, 2019, due to a scheduling conflict for undersigned counsel for Defendants, who will be out of the state on the scheduled date. This hearing involves the parties' Joint Motion for Extension of Discovery and Related Deadlines (#23) (first request) filed February 13, 2019, which was initially set for a hearing on March 4, 2019, via this Court's Minute Order (#24) issued February 20, 2019.

Because counsel for Plaintiffs was unable to attend that date due to a host of required appearances in the Fifth Judicial District Court, Nye County, undersigned defense counsel agreed to a continuance and a stipulation with new requested dates was submitted. While the Court granted the stipulation on February 28, 2019, the Order (#26) set the hearing for a date not included in the stipulation. Unfortunately, undersigned counsel for Defendants will be out of the office with family for a long-planned vacation that next week, and therefore has requested that Plaintiffs' counsel stipulate, and begs the Court's indulgence to consider, another short continuance of the upcoming hearing.[1] The parties represent that Plaintiffs' counsel Thomas J. Gibson, Esq., and Defendant's counsel Brent L. Ryman, Esq., have available dates as follows:

        Tuesday, March 26, 2019 (beginning at 2 p.m.)

        Wednesday, March 27, 2019

        Thursday, March 28, 2019

DATED this 7th day of March, 2019.

                              GIBSON LAW GROUP, PLLC..

                              _____/s Thomas J. Gibson_____
                              THOMAS J.GIBSON, ESQ. (#03995)
                              2340 East Calvada Blvd.,#5
                              Pahrump, Nevada 89408
                              Telephone (775) 209-1035
                              *Attorneys for Plaintiffs*

///

///

///

---

[1]. This stipulation would have been submitted immediately after the issuance of the Court's Order (#26) but for the undersigned's mistake in believing the new hearing was set for Tuesday, March 5, 2019, which all counsel discussed at Plaintiff's deposition shortly after receiving the CMECF notification. It was only the morning of March 5, 2019, as counsel prepared to exit the office to catch a plane for what he believed would be the hearing, that the mistake was noticed and the request to reschedule issued to Plaintiff's counsel and the Courtroom Clerk.

DATED this 7th day of March, 2019.

ERICKSON, THORPE & SWAINSTON, LTD.


      /s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for the Nye County Defendants*

///

## **ORDER**

This matter having come before the Court upon the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for the 12th day of March 2019 be continued to the 26th day of March, 2019 at 2:00 p.m., or as soon thereafter as counsel may be heard.

DATED this 8th day of March, 2019.

                                                         
UNITED STATES MAGISTRATE JUDGE

ERICKSON, THORPE & SWAINSTON, LTD.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service
X  CMECF

addressed to the following:

THOMAS J. GIBSON, ESQ.
2340 East Calvada Blvd., #5
Pahrump, Nevada 89408
Telephone (775) 209-1035
*Attorneys for Plaintiffs*

DATED this 7th day of March, 2019.

/s/ Brent Ryman
Brent Ryman

ERICKSON, THORPE & SWAINSTON, LTD.